**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE GUZMAN BURITICA; et al., | No. 24-295 |
| Petitioners, | Agency Nos. A240-246-725 A240-083-059 A240-083-060 |
| v. | |
| PAMELA BONDI, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 21, 2025**

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

Jorge Guzman Buritica and his family, natives and citizens of Colombia,

petition pro se for review of the Board of Immigration Appeals' ("BIA") order

denying their motion to reopen removal proceedings. We have jurisdiction under

8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' timely motion to reopen where petitioners did not submit previously unavailable, material evidence. *See* 8 U.S.C. §1229a(c)(7)(B); *see also Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010) (BIA can deny a motion to reopen for "failure to introduce previously unavailable, material evidence").

We do not consider the materials petitioners reference in the opening brief that are not part of the administrative record. *See Fisher v. INS*, 79 F.3d 955, 963-64 (9th Cir. 1996) (en banc).

To the extent petitioners seek review of the BIA's October 4, 2023, order, the petition for review is untimely. *See* 8 U.S.C. § 1252(b)(1) (petition for review must be filed within 30 days of removal order); *Alonso-Juarez v. Garland*, 80 F.4th 1039, 1046-47 (9th Cir. 2023) (section 1252(b)(1) deadline is mandatory though not jurisdictional).

The temporary stay of removal remains in place until the mandate issues.

**PETITION FOR REVIEW DENIED.**